FILED
2019 AUG 20 PM
CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN GOMEZ,<br>　aka "Oso,"<br>　aka "Bear,"<br>DAVID PADILLA,<br>FABIAN JARAMILLO,<br>　aka "Chino,"<br><br>　　　　Defendants. | CR No. 19CR00482-CAJ<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii): Possession with<br>Intent to Distribute and<br>Distribution of a Controlled<br>Substance; 18 U.S.C. § 2(a):<br>Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)]

On or about March 12, 2015, in Los Angeles County, within the Central District of California, defendant JUAN GOMEZ, also known as ("aka") "Oso," aka "Bear," knowingly and intentionally distributed at least 50 grams, that is, 108 grams of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about August 6, 2015, in Los Angeles County, within the Central District of California, defendant JUAN GOMEZ, also known as ("aka") "Oso," aka "Bear," DAVID PADILLA, and FABIAN JARAMILLO, aka "Chino," each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, 220 grams of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

[signature] for

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

GEORGE E. PENCE
Assistant United States Attorney
Terrorism and Export Crimes
Section